**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIO ALBERTO RODRIGUEZ,<br><br>    Plaintiff(s),<br>  v.<br><br>SANTA CLARA COUNTY MAIL JAIL,<br><br>    Defendant(s). | CASE NO. 5:12-cv-04031 EJD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>[Docket Item No(s). 4] |

Presently before the court is the Report and Recommendation of Magistrate Judge Paul S. Grewal. See Docket Item No. 4. Judge Grewal recommends that Plaintiff Mario Alberto Rodriguez's ("Plaintiff") Complaint be dismissed with leave to amend for failure to plead a cognizable claim. This court concurs with Judge Grewal's recommendation.

Accordingly, the court ADOPTS the recommendation of Judge Grewal and, for the reasons stated in his order, the Complaint is DISMISSED WITH LEAVE TO AMEND. If Plaintiff intends to file an amended complaint, he must do so no later than **October 25, 2012.** Plaintiff is advised that failure to file an amended complaint as directed will result in an order dismissing this action without further notice.

**IT IS SO ORDERED.**

Dated: September 25, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-04031 EJD
ORDER ADOPTING REPORT AND RECOMMENDATION